UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

---

IN RE:

    Amy & Mark Ward                                      Chapter 13
        Debtors.                                    Case No. 3-19-12735

---

## WITHDRAWAL OF OBJECTION TO
## IRS PROOF OF CLAIM #4

---

      The Debtors, Amy and Mark Ward, by and through their counsel, Attorney Zachary J. Kluck of Zerbst & Kluck, S.C., hereby withdraws their objection to Proof of Claim #4 filed by the IRS.

      Dated this 12th day of March, 2020.

                                                                     ZERBST & KLUCK, SC
                                                                     Attorneys for the debtors

                                      By:    /s/ Zachary J. Kluck
                                                    Zachary J. Kluck
                                                    State Bar No. 1075837
                                                    2000 Engel Street, Suite 101
                                                    Madison, Wisconsin 53713
                                                    Direct Phone: (608) 316-3806
                                                    Fax:   (608) 223-1966