**THIS ORDER IS SIGNED AND ENTERED.**

Dated: May 31, 2022

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| IN RE: | ) | Case No.   3-19-12735-cjf |
|    Mark D Ward | ) | Chapter:   13 |
|    Amy J Ward | ) | |
|                 Debtor(s). | ) | Judge Catherine J. Furay |

**ORDER APPROVING STIPULATION RESOLVING CREDITOR'S MOTION FOR RELIEF**

Pursuant to the stipulation between Home Point Financial Corporation (hereinafter "the Movant") and Mark D. Ward and Amy J. Ward (hereinafter "the Debtors") with respect to the property located at 416 Herman Street, Arena, WI 53503:

IT IS HEREBY ORDERED that the motion is denied, subject to the following terms and provisions of this Order:

1. That the Creditor is due for outstanding post-petition amounts totaling $5,048.17 through May 31, 2022. The arrearage is itemized as follows:

| # of Missed Mortgage Payments | From | To | Monthly Payment Amount | Total Amount Missed |
|---|---|---|---|---|
| 3 | 3/1/2022 | 5/1/2022 | $1,646.84 | $4,940.52 |
| Less post-petition partial payments (suspense balance) | | | | ($1,130.35) |
| Attorney Fees/Costs | | | | $1,238.00 |
| POST-PETITION ARREARAGE | | | | $5,048.17 |

2.	That on or before October 31, 2022, Debtor shall remit to Creditor $5,048.17 to be put toward the outstanding post-petition arrearage. In the event any such payment is not received in a timely manner, the Creditor, its servicing agent or its counsel may submit an affidavit of default. If no objection is filed to the affidavit within one (1) week, the Court will enter an Order for relief;

3.	That commencing with the June 1, 2022 post-petition mortgage payment and continuing through and including the November 1, 2022 post-petition mortgage payment, the Debtors shall make all monthly mortgage payments to the Creditor in sufficient time to be received on or before the 15th day of each month in which each such payment is due.  In the event any such payment is not received in a timely manner, the Creditor, its servicing agent or its counsel may submit an affidavit of default. If no objection is filed to the affidavit within one (1) week, the Court will enter an Order for relief;

4.	That commencing with the December 1, 2022 post-petition mortgage payment, the Debtors shall make all monthly mortgage payments to the Creditor in sufficient time to be received on or before the 15th day of each month in which each such payment is due.  In the event any such payment is not received in a timely manner, counsel for the Creditor may request by letter another Hearing upon the Motion for Relief from the Automatic Stay;

5.	The Debtors shall modify the plan to provide for payment of the supplemental proof of claim, if necessary;

6.	The effective date of this Order is on entry;

7.	That pending further notice, the amount of the monthly mortgage payment is $1,646.84 and payment shall be made to the Creditor at Home Point Financial, P.O. Box 660936, Dallas, TX 75266.

#####