# Mark Harring

Standing Chapter 12 & 13 Trustee

**Mail CORRESPONDENCE to:**

122 W Washington Ave, Suite 500
Madison, WI 53703-2758
Phone: (608) 256-4320
Fax:    (608) 256-2355
Website:  http://www.ch13wdw.org

**Mail Chapter 13 PAYMENTS to :**
Please write case # on all payments
MARK HARRING CH 13 TRUSTEE
P.O. BOX 88004
CHICAGO, IL 60680-1004

Email:  info@ch13wdw.org

October 28, 2022

Honorable Catherine J. Furay
U.S. Bankruptcy Court Judge
120 N Henry
Madison, WI 53703-2599

Re:    Mark D & Amy J Ward
       Case # 19-12735-13

Dear Judge Furay:

A Motion to Dismiss was filed in this case on 9/30/2022, due to a plan delinquency.  Please be advised the debtor is now current, therefore we are withdrawing the Motion to Dismiss and the hearing scheduled for 11/8/2022 may be removed from the court calendar.

If you have any questions or need anything further please feel free to contact our office.

Sincerely,

/s/
Mark Harring
Standing Chapter 13 Trustee

MWH /bw

cc:    Mark D & Amy J Ward
       ATTORNEY ZACHARY J. KLUCK