UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re: Mark D. Ward & Amy J. Ward,
Debtors

Case No.: 19-12735-cjf
Chapter 13

## AFFIDAVIT OF DEFAULT

STATE OF ____TEXAS____, ____DALLAS____ COUNTY:

The undersigned, __Brian Gaske__, being first duly sworn, deposes and states as follows:

1. I am employed as __Assistant Vice President__ by Rushmore Loan Management Services LLC ("Servicer"), and I am authorized to sign this affidavit on behalf of Servicer.

2. Servicer is the current servicer of the mortgage loan at issue, on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V ("Creditor").

3. Pursuant to my employment by Servicer, I act as a records custodian, for the benefit of the Creditor, as to the mortgage loan account at issue in this case.

4. As part of my job responsibilities, I have personal knowledge of and I am familiar with the types of records maintained by Servicer in connection with the account

that is the subject of the Motion (the "Account"), and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of Servicer that pertain to the Account.

5. Servicer has possession, control, and responsibility for the accounting and other mortgage loan records relating to the Debtor's mortgage loan that is the subject of this motion. These records are created, kept and maintained in the ordinary course of business as a regular business practice, and they are prepared at or near the time of the transaction or event by a person with knowledge of the facts contained therein. I make this affidavit from my personal inspection of said records, and my own personal knowledge of how these records are created and kept and maintained.

6. Specifically, I have reviewed and have personal knowledge of the records related to the Account associated with the property described as 416 Herman Street, Arena, Wisconsin (the "Property").

7. Debtors have defaulted on their payment obligations ordered in the Court's 5/31/2022 Order Approving Stipulation Resolving Creditor's Motion for Relief. According to the relevant Account records, the following defaults have occurred:

    A. The 7/1/2022 payment was untimely, received on 9/2/2022.
    B. The 8/1/2022 payment was untimely, received on 10/11/2022.
    C. The 9/1/2022 payment was untimely, received on 11/9/2022.
    D. The 10/1/2022 payment was untimely, received on 11/9/2022.

    E. The 11/1/2022 payment was untimely, received on 12/20/2022.

    F. The 12/1/2022 payment was untimely, received on 1/13/2023.

    G. The 1/1/2023 payment has not been received.

    H. The 2/1/2023 payment has not been received.

8. Accordingly, Creditor requests that the automatic stay be terminated as to the Property, in accordance with the relief requested in the motion.

Dated: _February 27_, 2023

_____
Brian Gaske

Signed and sworn to before me by _BRIAN GASKE_ on the date of ~~2/25/20~~ 2/27/2023

_____
Notary Public, State of _TEXAS_
My commission expires _JAN 2 2 2025_

ANSELM ANTHONY JOSEPH
Notary Public, State of Texas
Comm. Expires 01-22-2025
Notary ID 132883192

3

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:  Mark D Ward,　　　　　　　　　　　　　　　　　　　Case No.:  19-12735-cjf
　　　　Amy J Ward,
　　　　　　　Debtors　　　　　　　　　　　　　　　　　　Chapter 13

CERTIFICATE OF MAILING

STATE OF WISCONSIN, MILWAUKEE COUNTY

I, Bryan M. Ward, certify that on the date of 3/5/2023, copies of these documents—Affidavit of Default, Certificate of Mailing—were mailed, properly enclosed in a postage paid envelope, or served electronically if the party accepts electronic service, to the following:

Via US Mail:　　Mark D Ward & Amy J Ward
　　　　　　　　416 Herman Street
　　　　　　　　Arena, WI  53503

Via ECF:　　　　Debtor's counsel
　　　　　　　　Chapter 13 Trustee
　　　　　　　　U.S. Bankruptcy Trustee

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

_____
Bryan M. Ward, WI Bar # 1066268
5555 N. Port Washington Rd, Suite 305
Glendale, WI 53208
414-271-4849
bmw@bryanwardlaw.com

***This is an attempt to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge of this debt in a U.S. Bankruptcy Court case, this communication is not, and should not be construed as, an attempt to hold you personally liable for any discharged debt.***